**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-21047**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**IRENE WILSON GLAZE, also known as Irene Flakes,**

**Defendant-Appellant.**

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CV-3345
--------------------
August 14, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges:

PER CURIAM:[*]

Irene Wilson Glaze, federal prisoner #59783-079, appeals the dismissal of her 28 U.S.C. § 2241-denominated petition. The district court dismissed Glaze's petition for lack of jurisdiction. Glaze has not argued this jurisdictional issue on appeal; accordingly, she has abandoned any argument that the dismissal was erroneous. See United States v. Heacock, 31 F.3d 249, 258 (5th Cir. 1994). We DISMISS the appeal as frivolous. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993); 5th Cir. R. 42.2.

**DISMISSED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.